UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINWOOD ALLEN,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>**Defendant.** | **Civil Action No. 1:20-cv-02453-TSC** |

**JOINT MOTION TO REFER THE CASE
TO MEDIATION AND TO RESET DEADLINES**

Plaintiff Linwood Allen and Defendant District of Columbia jointly request, pursuant to Local Civil Rules 7(m) and 84.4, that the Court refer this case to federal magistrate judge Moxila A. Upadhyaya for mediation. The Parties have exchanged discovery requests and settlement proposals. At this stage, the Parties believe that mediation could facilitate the Parties reaching a settlement agreement.

If the Court grants the Parties' request, the Parties further request that the current deadlines be reset as follows:

- February 6, 2025: Close of fact discovery
- March 6, 2025: Defendant's affirmative expert disclosures due
- April 21, 2025: Plaintiff's rebuttal expert disclosures due
- May 21, 2025: Close of expert discovery
- June 23, 2025: Plaintiff's motion for summary judgment due
- August 5, 2025: Defendant's combined opposition and cross-motion for summary judgment due

- September 5, 2025: Plaintiff's combined opposition and reply

- October 6, 2025: Defendant's reply due

Pursuant to LCvR 7(a), this Motion includes all supporting points of law and authority.

A proposed order follows, as required by LCvR 7(c).

| | |
|---|---|
| Date: September 19, 2024. | Respectfully submitted, |
| | |
| */s/ Jenna H. Pavelec* | BRIAN L. SCHWALB |
| Jenna H. Pavelec [1614398] | Attorney General for the District of Columbia |
| Matthew R. Skanchy [1045601] | |
| Tania Martinez (*pro hac vice*) | STEPHANIE E. LITOS |
| Quinton Weinstein (*pro hac vice*) | Deputy Attorney General |
| Kieran Gostin [1019779] | Civil Litigation Division |
| WILKINSON STEKLOFF LLP | |
| 2001 M Street NW, 10th Floor, | */s/ Matthew R. Blecher* |
| Telephone: (202) 847-4000 | MATTHEW R. BLECHER [1012957] |
| Facsimile: (202) 847-4005 | Chief, Civil Litigation Division, Equity Section |
| jpavelec@wilkinsonstekloff.com | |
| mskanchy@wilkinsonstekloff.com | */s/ Honey Morton* |
| tmartinez@wilkinsonstekloff.com | HONEY MORTON [1019878] |
| qweinstein@wilkinsonstekloff.com | Assistant Chief, Equity Section |
| kgostin@wilkinsonstekloff.com | |
| | */s/ Richard P. Sobiecki* |
| Owen Gallogly (*pro hac vice*) | RICHARD P. SOBIECKI [500163] |
| Pirzada Ahmad (*pro hac vice*) | ADAM J. TUEKEN [242215] |
| WILKINSON STEKLOFF LLP | Assistant Attorney General |
| 130 W 42nd Street, 24th Floor, | Civil Litigation Division |
| New York, NY 10036 | 400 6th Street, NW |
| Telephone: (212) 294-8917 | Washington, D.C. 20001 |
| Fax: (202) 847-4005 | Phone: (202) 805-7512 |
| ogallogly@wilkinsonstekloff.com | Email: richard.sobiecki@dc.gov |
| pahmad@wilkinsonstekloff.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |